MOSES L. PARSHELSKY, Respondent, *v.* PECK-SCHWARZ
REALTY CORPORATION et al., Defendants, and JULIUS
SCHWARZ, Appellant.

(Argued May 6, 1930; decided June 3, 1930.)

*I. Maurice Wormser* for appellant.
*Henry Hetkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: LEHMAN, J.